## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

Controls Services Company of South Carolina, Inc.,

        Plaintiff,

    v.

Alcoa Fujikura, Ltd., AFL Telecommunications, LLC., and Jeffrey C. Lindsey,

        Defendants.

Case No.  6:06-cv-02738-GRA

**DEFENDANTS' CORPORATE DISCLOSURES**

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 26.12, Defendants Alcoa Fujikura, Ltd. and AFL Telecommunications, LLC hereby make the following disclosures:

1.  All parent corporations of the named parties:

    a.  The parent corporation of Alcoa Fujikura, Ltd. (k/n/a AEES Inc.) is Alcoa Securities Corporation.  Alcoa Securities Corporation is a subsidiary of Alcoa Domestic LLC, which in turn is a subsidiary of Alcoa Inc., a publicly owned company.

    b.  The sole member of AFL Telecommunications, LLC is America Fujikura, Ltd.

2.  All publicly held companies that own 10% or more of the stock of the parties:

    a.  Alcoa Fujikura, Ltd. certifies that no publicly held company owns 10% or more of its stock.

    b.  AFL Telecommunications, LLC certifies that no publicly held company owns 10% or more of its stock or membership interests.

Dated: December 28, 2007

By: _____

J. W. Matthews, IV (Fed ID 7699)
Joshua D. Spencer (Fed. ID 9845)
HAYNSWORTH SINKLER BOYD, PA
75 Beattie Place, 11th Floor (29601)
Post Office Box 2048
Greenville, SC 29602
Telephone: (864) 240-3200
Facsimile: (864) 240-3300

Dianna Baker Shew*
Alexandra MacKay*
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200
Facsimile: (615) 782-2371

Attorneys for AFL Telecommunications, LLC
and Alcoa Fujikura, Ltd.

*admitted *pro hac vice*